# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-15136-MDC

MARC D BAXTER

1840 73RD AVENUE

PHILADELPHIA, PA 19126-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MARC D BAXTER

    1840 73RD AVENUE

    PHILADELPHIA, PA 19126-

Counsel for debtor(s), by electronic notice only.

    RONALD G MCNEIL, ESQ
    MCNEIL LEGAL SERVICES
    1333 RACE ST
    PHILADELPHIA, PA 191071585

                                            /S/ William C. Miller

Date: 2/5/2018                         _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee