# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| **Marc D. Baxter DBA Baxter Estate,** : | **Case No.: 17-15136** |
| **LLC, DBA Empowerment Unlimited,** : | **Chapter 13** |
| **LLC** : | **Judge Magdeline D. Coleman** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s).** : | |

## PRAECIPE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN (DOCKET NO. 26)

Now comes Wells Fargo Bank, N.A. ("Creditor") by and through counsel, and hereby withdraws its Objection to Confirmation of Plan which was filed in this Court on October 3, 2017.

                                                Respectfully submitted,

                                                 /s/ Adam B. Hall
                                                Karina Velter, Esquire (94781)
                                                Kimberly A. Bonner (89705)
                                                Adam B. Hall (323867)
                                                Sarah E. Barngrover (323972)
                                                Manley Deas Kochalski LLC
                                                P.O. Box 165028
                                                Columbus, OH  43216-5028
                                                Telephone: 614-220-5611
                                                Fax: 614-627-8181
                                                Attorneys for Creditor
                                                The case attorney for this file is Karina Velter.
                                                Contact email is kvelter@manleydeas.com

17-031671_JDD1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Marc D. Baxter DBA Baxter Estate, | : | Case No.: 17-15136 |
| LLC, DBA Empowerment Unlimited, | : | Chapter 13 |
| LLC | : | Judge Magdeline D. Coleman |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| Debtor(s). | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Praecipe of Withdrawal of Objection to Confirmation of Plan was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

Ronald G. McNeil, Attorney for Marc D. Baxter, 1333 Race Street, Philadelphia, PA 19107-1585, r.mcneil1@verizon.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 25, 2018:

Marc D. Baxter DBA Baxter Estate, LLC, DBA Empowerment Unlimited, LLC, 1840 73rd Avenue, Philadelphia, PA 19126-1513

Marc D. Baxter DBA Baxter Estate, LLC, DBA Empowerment Unlimited, LLC, 2815 W Girard Avenue, Philadelphia, PA 19130

DATE: 09/25/2018

/s/ Adam B. Hall
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611

17-031671_JDD1

Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

17-031671_JDD1