## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marc D. Baxter, dba Baxter Estate, LLC, dba Empowerment Unlimited, LLC<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee<br>　　　　　　　　　Movant<br>　　vs. | NO. 17-15136 MDC |
| Marc D. Baxter, dba Baxter Estate, LLC, dba Empowerment Unlimited, LLC<br>　　　　　　　　　Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>　　　　　　　　　Trustee | |

### ORDER

AND NOW, this 25th day of September, 2018 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on July 16, 2018 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Marc D. Baxter, dba Baxter Estate, LLC, dba Empowerment Unlimited, LLC
1840 73rd Avenue
Philadelphia, PA 19130

Ronald G. McNeil Esq.
McNeil Legal Services
1333 Race Street
Philadelphia, PA 19107-1585

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532