United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marc D. Baxter  
     Debtor

Case No. 17-15136-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Sep 27, 2018  
                         Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.  
db           Marc D. Baxter,    1840 73rd Avenue,    Philadelphia, PA 19126-1513  
               +KML Law Group, P.C.,    Suite 5000,    BNY Mellon Independence Center,    701 Market Street,  
                 Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2018 at the address(es) listed below:  
         ADAM BRADLEY HALL    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com  
         JOSHUA DOMER    on behalf of Creditor    CITY OF PHILADELPHIA joshua.domer@phila.gov,  
          karena.blaylock@phila.gov  
         KARINA VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com  
         KEVIN G. MCDONALD    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank  
          National Association, as Legal Title Trustee bkgroup@kmllawgroup.com  
         MARTIN A. MOONEY    on behalf of Creditor    TD Bank, N.A., successor in interest to Commerce Bank,  
          N.A. ahight@schillerknapp.com,  
          ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknapp.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank  
          National Association, as Legal Title Trustee bkgroup@kmllawgroup.com  
         MEGAN N. HARPER    on behalf of Creditor    CITY OF PHILADELPHIA megan.harper@phila.gov,  
          karena.blaylock@phila.gov  
         RONALD G. MCNEIL    on behalf of Debtor Marc D. Baxter r.mcneil1@verizon.net  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                   TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marc D. Baxter, dba Baxter Estate, LLC, dba Empowerment Unlimited, LLC<br>     Debtor(s) | CHAPTER 13 |
| PROF-2013-S3 Legal Title Trust IV, by U.S. Bank National Association, as Legal Title Trustee<br>     Movant<br>  vs. | NO. 17-15136 MDC |
| Marc D. Baxter, dba Baxter Estate, LLC, dba Empowerment Unlimited, LLC<br>     Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>     Trustee | |

## ORDER

AND NOW, this 25th day of September, 2018 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on July 16, 2018 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

                  _Magdeline D. C_____
                  United States Bankruptcy Judge.

cc: See attached service list

Marc D. Baxter, dba Baxter Estate, LLC, dba Empowerment Unlimited, LLC
1840 73rd Avenue
Philadelphia, PA 19130

Ronald G. McNeil Esq.
McNeil Legal Services
1333 Race Street
Philadelphia, PA 19107-1585

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532