UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 17 - 15136 |
| Marc D. Baxter | : | (Chapter 13) |
| Debtor. | : |  |
|  | : | Hon. Magdeline D. Coleman |
|  | : |  |

### Debtor's Notice to Convert Case From Chapter 13 to Chapter 7

AND NOW, come Debtor, Marc D. Baxter, by and through his attorney, Ronald G. McNeil, Esquire, hereby elects, pursuant to 11 U.S.C. § 1307(a), to convert the above-captioned Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code. Debtor is entitled to convert his case, because:

1. This case, filed on July 31, 2017, is a case under Chapter 13 of the Bankruptcy Code.

2. Debtor is eligible to be a debtor under Chapter 7 of the Bankruptcy Code.

    WHEREFORE, Debtor respectfully requests that this Honorable Court proceed with relief under Chapter 7 of the Bankruptcy Code such other and further relief as is just and proper.

*Marc Baxter M.Ed.*    10/10/18
Marc D. Baxter, Debtor
DATE:

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 17 - 15136 |
| Marc D. Baxter | : | (Chapter 13) |
| Debtor. | : |  |
|  | : | Hon. Magdeline D. Coleman |
|  | : |  |

# ORDER CONVERTING CASE UNDER
# CHAPTER 13 TO CASE UNDER CHAPTER 7

Debtor has filed a Notice, in accordance with 11 U.S.C. § 1307(a), seeking to convert this case to a case under Chapter 13 of the Bankruptcy Code. The court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. § 1112 or § 1208, or § 706.

IT IS ORDERED THAT:

1. This Chapter 13 case is converted to a case under Chapter 7.

2. The Chapter 13 trustee within 30 days of the date of this order shall file:
   a) an account of all receipts and disbursements made in the Chapter 13 case, and
   b) a report on the administration of the case pursuant to 11 U.S.C. § 1302(b)(1).

3. The trustee forthwith shall turn over to the debtor all records and property of the estate remaining in the trustee's custody and control.

4. The trustee or any other party entitled to compensation may within twenty-one (21) days of the date of this order file an application for compensation and reimbursement of expenses.

5. Debtor within 14 days from the date of this order shall file the statements and schedules require by Bankruptcy Rule 1007(b), if such have not already been filed.

BY THE COURT:

_____
Hon. Magdeline D. Coleman
U.S. Bankruptcy Judge