United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15136-mdc
Marc D. Baxter                                                            Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina            Page 1 of 1            Date Rcvd: Oct 11, 2018
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
db             Marc D. Baxter,    1840 73rd Avenue,    Philadelphia, PA   19126-1513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
              ADAM BRADLEY HALL    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              JOSHUA  DOMER    on behalf of Creditor    CITY OF PHILADELPHIA joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              MARTIN A. MOONEY    on behalf of Creditor    TD Bank, N.A., successor in interest to Commerce Bank,
               N.A. ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
               p.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              MEGAN N. HARPER    on behalf of Creditor    CITY OF PHILADELPHIA megan.harper@phila.gov,
               karena.blaylock@phila.gov
              RONALD G. MCNEIL    on behalf of Debtor Marc D. Baxter r.mcneil1@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 10

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 17 - 15136 |
| Marc D. Baxter | : | (Chapter 13) |
| Debtor. | : |  |
|  | : | Hon. Magdeline D. Coleman |
|  | : |  |

ORDER CONVERTING CASE UNDER
CHAPTER 13 TO CASE UNDER CHAPTER 7

Debtor has filed a Notice, in accordance with 11 U.S.C. § 1307(a), seeking to convert this case to a case under Chapter 13 of the Bankruptcy Code. The court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. § 1112 or § 1208, or § 706.

IT IS ORDERED THAT:

1. This Chapter 13 case is converted to a case under Chapter 7.

2. The Chapter 13 trustee within 30 days of the date of this order shall file:
   a) an account of all receipts and disbursements made in the Chapter 13 case, and
   b) a report on the administration of the case pursuant to 11 U.S.C. § 1302(b)(1).

3. The trustee forthwith shall turn over to the debtor all records and property of the estate remaining in the trustee's custody and control.

4. The trustee or any other party entitled to compensation may within twenty-one (21) days of the date of this order file an application for compensation and reimbursement of expenses.

5. Debtor within 14 days from the date of this order shall file the statements and schedules require by Bankruptcy Rule 1007(b), if such have not already been filed.

BY THE COURT:

October 11, 2018

*Magdeline D. Coleman*
_____
Hon. Magdeline D. Coleman
U.S. Bankruptcy Judge