```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                                  Case No. 17-15136-mdc
Marc D. Baxter                                                          Chapter 7
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0313-2           User: Marie                 Page 1 of 2                  Date Rcvd: Oct 12, 2018
                               Form ID: 210U               Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2018.
db             Marc D. Baxter,    1840 73rd Avenue,    Philadelphia, PA 19126-1513
cr            +U.S. BANK NATIONAL ASSOCIATION,    Robertson Anschutz & Schneid, P.L.,
               6409 Congress Ave., Suite 100,    Boca Raton,, FL 33487,    UNITED STATES 33487-2853
13959305       ADT Alarm, a/k/a,,    ADT Security Services, Inc.,    3190 So. Vaughn Way, Suite 150,
               Aurora, CO 80014-3537
13959304       Abington Memorial Hospital,    Patient Billing,    1200 Old York Road,    Abington, PA 19001-3720
13959307      +Allstate Insurance Company,    Customer Service,    2775 Sanders Road,
               Northbrook, IL 60062-6110
13959308       American Express,    Bankruptcy Department,    P.O. Box 981535,    El Paso, TX 79998-1535
14013232       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13959309       Arcadia Financial, Ltd.,    Bankruptcy Department,    P.O. Box 1472,
               Minneapolis, MN 55440-1472
13959311       BAC Home Loans Servicing, LP,    Bankruptcy Department,    SV-314B,    P.O. Box 5170,
               Simi Valley, CA 93062-5170
13959312      +BMW Bank of North America,    2735 East Parleys Way,    Salt Lake City, UT 84109-1666
13959310       Bank of America, N.A.,    Corporate Center,    100 No. Tryon Street, Suite 220,
               Charlotte, NC 28202-4031
14016561      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13959313      +Citizens Bank,    Bankruptcy Department/RJE135,    480 Jefferson Blvd,    Warwick, RI 02886-1359
13959315       Comcast,    Bankruptcy Department,    11400 Northeast Avenue,    Philadelphia, PA 19116-3445
13959316       Deutsche Bank National Trust Co.,    Bankruptcy Unit,    1661 Worthington Road, Suite 100,
               West Palm Beach, FL 33409-6493
13959317       Fay Servicing, LLC,    P.O. Box 809441,    Chicago, IL 60680-9441
13982206      +Gary F. Seitz, Sequestrator,    Gellert, Scali, Busenkell & Brown LLC,    601 Walnut Street,
               Suite 750 West,    Philadelphia, PA 19106-3314
13959319       JPMorgan Chase & Co,    Bankruptcy Department,    200 White Clay Center Drive,
               Newark, DE 19711-5466
13959320       JPMorgan Chase Mortgage Corp.,    Bankruptcy Department,    Mail Code LA4-5555,    700 Kansas Lane,
               Monroe, LA 71203-4774
14026776      +PROF-2013-S3 Legal Title Trust IV, by ET.AL.,    FAY SERVICING, LLC,
               440 S. LASALLE ST., 20TH FLOOR,    CHICAGO, IL 60605-1028
13959322      #+Penn Credit Corp.,    916 South 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
13959324       Pennsylvania State Collection,    and Disbursement Unit,    ACS State & Local Solutions, Inc.,
               P.O. Box 69112,    Harrisburg, PA 17106-9112
13959326      +Philadelphia Federal Credit Union,    12800 Townsend Road,    Philadelphia, PA 19154-1095
13959327      +Philadelphia Gas Works,    Bankruptcy Unit,    P.O. Box 3500,    800 W. Montgomery Ave, 3rd Flr,
               Philadelphia, PA 19122-2806
13959330       Philadelphia Municipal Court,    Traffic/Administrative Judge,
               800 Spring Garden Str., Rm 2nd FL,    Philadelphia, PA 19123-2690
14031218       Ronald G. McNeil, Esquire,    1333 Race Street,    Philadelphia, PA 19107-1585
13959333       U.S. Bank, N.A.,    Bankruptcy Dept.,    17500 Rockside Road,    Bedford, OH 44146-2099
13959335      +Wells Fargo Bank, N.A.,    Wells Fargo Home Mortgage, Inc.,    Bankruptcy Department,
               MAC   N0005-083,    800 Walnut Street,    Des Moines, IA 50309-3605
13990436       Wells Fargo Bank, N.A.,    1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
13959336       Wells Fargo Card Services,    Bankruptcy Department,    1 Home Campus, 3rd Floor,
               Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Oct 13 2018 02:44:55      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 13 2018 02:44:40      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: megan.harper@phila.gov Oct 13 2018 02:44:55      CITY OF PHILADELPHIA,
               BANKRUPTCY GROUP, MSB,    1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1595
13959306       E-mail/Text: bkr@cardworks.com Oct 13 2018 02:43:33      Advanta Bank Corp.,    P.O. Box 30715,
               Salt Lake City, UT 84130-0715
14007657       E-mail/Text: bkr@cardworks.com Oct 13 2018 02:43:33      Advanta Bank Corporation,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14037883       E-mail/Text: megan.harper@phila.gov Oct 13 2018 02:44:55      City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA 19102-1595
13959314       E-mail/Text: bankruptcydept@wyn.com Oct 13 2018 02:44:41      Club Wyndham,
               Wyndham Vacation Resorts,    6277 Sea Harbor Drive,    Orlando, FL 32821-8043
13959318       E-mail/Text: cio.bncmail@irs.gov Oct 13 2018 02:43:50      Internal Revenue Service,
               Bankruptcy Division,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13959321       Fax: 407-737-5634 Oct 13 2018 04:23:44      Ocwen Loan Servicing, LLC,    Bankruptcy Department,
               1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
13959325       E-mail/Text: bankruptcygroup@peco-energy.com Oct 13 2018 02:43:52      PECo Energy Co.,
               Bankruptcy Group,    2301 Market Street # N3-2,    Philadelphia, PA 19103-1338
13959323       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 13 2018 02:44:15
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0496
```

```
District/off: 0313-2          User: Marie                 Page 2 of 2                   Date Rcvd: Oct 12, 2018
                              Form ID: 210U               Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13959328       +E-mail/Text: megan.harper@phila.gov Oct 13 2018 02:44:55      Philadelphia Law Department,
                 Bankruptcy Unit,   Municipal Services Bldg,   1401 JFK Blvd, Room 508,
                 Philadelphia, PA 19102-1617
13959329        E-mail/Text: bankruptcy@philapark.org Oct 13 2018 02:45:10      Philadelphia Parking Authority,
                 Office of Chief Counsel,   701 Market Street, Suite 5400,   Philadelphia, PA 19106-2895
13959331        E-mail/Text: bankruptcy@td.com Oct 13 2018 02:44:30      TD Bank, N.A.,   Bankruptcy Department,
                 1701 Rt. 70 East, Suite 200,   Cherry Hill, NJ 08034-2335
14026700        E-mail/Text: bankruptcy@td.com Oct 13 2018 02:44:30      TD Bank, N.A.,
                 c/o Schiller Knapp Lefkowitz & Hertzel L,   70 Gray Road,   Falmouth, ME 04105
13959332        E-mail/Text: bankruptcy@td.com Oct 13 2018 02:44:30      TD Banknorth Mortgage,
                 Bankruptcy Department,   P.O. Box 9547,   Portland, ME 04112-9547
13997730        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 13 2018 02:53:35      Verizon,
                 by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK 73124-8838
13959334        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 13 2018 02:43:35
                 Verizon Communications,   Bankruptcy Department,   P.O. Box 4846,   Trenton, NJ 08650-4846
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13968875*      Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2018 at the address(es) listed below:
              ADAM BRADLEY HALL    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              JOSHUA   DOMER    on behalf of Creditor    CITY OF PHILADELPHIA joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              LYNN E. FELDMAN     trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
              MARTIN A. MOONEY    on behalf of Creditor    TD Bank, N.A., successor in interest to Commerce Bank,
               N.A. ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
               p.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              MEGAN N. HARPER    on behalf of Creditor    CITY OF PHILADELPHIA megan.harper@phila.gov,
               karena.blaylock@phila.gov
              RONALD G. MCNEIL    on behalf of Debtor Marc D. Baxter r.mcneil1@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Marc D. Baxter                                                                                          Case No: 17−15136−mdc

      Debtor(s)

___

*CLERK'S NOTICE RE: PRESUMPTION OF ABUSE*

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

                                                                               For The Court

Dated: 10/12/18

                                                                               Timothy B. McGrath
                                                                               Clerk of Court