United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-15136-mdc
Marc D. Baxter                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1        Date Rcvd: Oct 30, 2018
                           Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2018.
db              Marc D. Baxter,   1840 73rd Avenue,   Philadelphia, PA  19126-1513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2018 at the address(es) listed below:
        ADAM BRADLEY HALL    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
        JOSHUA DOMER    on behalf of Creditor    CITY OF PHILADELPHIA joshua.domer@phila.gov,
         karena.blaylock@phila.gov
        KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
        KEVIN G. MCDONALD    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
         National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
        LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.epiqsystems.com
        MARTIN A. MOONEY    on behalf of Creditor    TD Bank, N.A., successor in interest to Commerce Bank,
         N.A. ahight@schillerknapp.com,
         ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
         p.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
         National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
        MEGAN N. HARPER    on behalf of Creditor    CITY OF PHILADELPHIA megan.harper@phila.gov,
         karena.blaylock@phila.gov
        RONALD G. MCNEIL    on behalf of Debtor Marc D. Baxter r.mcneill@verizon.net
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 10

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No.  17 - 15136 |
| Marc D. Baxter | : | (Chapter 13) |
| Debtor. | : | |
|  | : | Hon. Magdeline D. Coleman |
|  | : | |

## ORDER

AND NOW, this 30th day of October , 2018, upon consideration of Debtor's Attorney Application for Allowance of Counsel Fees, and any responses thereto, it is hereby ORDERED that

a)      Debtor's Attorney Application for Allowance of Counsel Fees is GRANTED;

b)      Compensation is ALLOWED in favor of Applicant in the amount of $3,500.00 for his services; and

c)      The Chapter 13 Trustee is authorize to distribute to Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. § 507, 11 U.S.C. § 503(b), and 11 U.S.C. § 330(a)(4)(B), the allowed compensation set forth in section (b) less $890.00 which was paid by Debtor pre-petition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

BY THE COURT:

_____
Hon. Magdeline D. Coleman
U.S. Bankruptcy Judge

Copies to:
Debtor: Marc D. Baxter
Debtor's Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: William C. Miller, Esquire
Creditors: