**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| In re: | |
| MARC D. BAXTER, | CHAPTER 7 |
| Debtor. | Case No.  17-15136-mdc |

**NOTICE OF ORIGEN CAPITAL INVESTMENTS II, LLC'S REQUEST
FOR TAX RETURNS PURSUANT TO RULE 4002(b)(4) OF THE
<u>FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>**

Pursuant to Rule 4002(b)(4) of the Federal Rules of Bankruptcy Procedure, Origen Capital Investments II, LLC requests that the debtor provide it with copies of the debtor's tax returns (including any attachments), a transcript of the returns, or provide a written statement that the documentation does not exist, at least seven (7) days before the first date set for the meeting of creditors under 11 U.S.C. §341. This request covers the last five (5) tax years.

Dated:  November 12, 2018

**BUCHANAN INGERSOLL & ROONEY PC**

By: <u>/s/ Mark D. Pfeiffer</u>
Mark D. Pfeiffer, Esquire
PA ID No. 76245
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Phone: (215) 665-8700
Facsimile: (215) 665-8760
E-mail:  mark.pfeiffer@bipc.com

*Counsel for Origen Capital Investments II, LLC*

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| In re:<br><br>MARC D. BAXTER,<br><br>Debtor. | CHAPTER 7<br><br>Case No.  17-15136-mdc |

**CERTIFICATE OF SERVICE**

I hereby certify that I served or caused to be served this 12th day of November, 2018 a true and correct copy of the foregoing Notice of Request for Tax Returns Pursuant to Rule 4002(b)(4) of the Federal Rules of Bankruptcy Procedure via ECF notification upon all parties-in-interest.

Dated:  November 12, 2018				**BUCHANAN INGERSOLL & ROONEY P.C.**

By:  /s/ Mark D. Pfeiffer
Mark D. Pfeiffer, Esquire
PA ID No. 76245
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Phone: (215) 665-8700
Facsimile: (215) 665-8760
E-mail:  mark.pfeiffer@bipc.com

*Counsel for Origen Capital Investments II, LLC*