United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   
Marc D. Baxter   
       Debtor

Case No. 17-15136-mdc   
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Apr 29, 2019  
                          Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
db             Marc D. Baxter,    1840 73rd Avenue,    Philadelphia, PA   19126-1513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2019 at the address(es) listed below:
      ADAM BRADLEY HALL    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
      JOSHUA   DOMER    on behalf of Creditor    CITY OF PHILADELPHIA joshua.domer@phila.gov,
      karena.blaylock@phila.gov
      KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
      KEVIN G. MCDONALD    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
      National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
      KEVIN M. BUTTERY    on behalf of Creditor    U.S. Bank National Association, as Legal Title Trustee,
      et als. kbuttery@rascrane.com
      LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
      MARK D. PFEIFFER    on behalf of Creditor    Origen Capital Investments II, LLC
      mark.pfeiffer@bipc.com,   donna.curcio@bipc.com
      MARTIN A. MOONEY    on behalf of Creditor    TD Bank, N.A., successor in interest to Commerce Bank,
      N.A. ahight@schillerknapp.com,
      ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknapp.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    PROF-2013-S3 Legal Title Trust IV, by U.S. Bank
      National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
      MEGAN N. HARPER    on behalf of Creditor    CITY OF PHILADELPHIA megan.harper@phila.gov,
      karena.blaylock@phila.gov
      RONALD G. MCNEIL    on behalf of Debtor Marc D. Baxter r.mcneil1@verizon.net
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                      TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 7

Marc D. Baxter                                              : Case No. 17−15136−mdc
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , 29th day of April, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

110
Form 195